**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of **Delaware**
(State)

Case number (*If known*): _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   Corvias Campus Living - USG, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   37-1770732

4. **Debtor's address**

   **Principal place of business**

   301  Metro Center Blvd.
   Number  Street

   Suite 204

   Warwick     RI     02886
   City          State   ZIP Code

   Kent
   County

   **Mailing address, if different from principal place of business**

   _____
   Number  Street

   _____
   P.O. Box

   _____
   City     State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number  Street

   _____

   _____
   City     State     ZIP Code

5. **Debtor's website** (URL)   _____

Debtor  **Corvias Campus Living - USG, LLC**                   Case number (*if known*)_____
           Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☑ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br><br> 5 3 1 3 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11. *Check all that apply*: <br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). <br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. <br>    ☐ A plan is being filed with this petition. <br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes.  District _____  When _____  Case number _____ <br>                                                          MM / DD / YYYY <br>                District _____  When _____  Case number _____ <br>                                                        MM / DD / YYYY |

Debtor  **Corvias Campus Living - USG, LLC**    Case number *(if known)*_____
         Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____  Relationship _____<br>       District _____  When _____<br>                                                          MM / DD / YYYY<br>       Case number, if known _____ |
| **11. Why is the case filed in *this district*?** | Check all that apply:<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (Check all that apply.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                           Number    Street<br>_____<br>_____  ____  _____<br>City                     State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49           ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99          ☐ 5,001-10,000     ☐ 50,001-100,000<br>☐ 100-199        ☐ 10,001-25,000    ☐ More than 100,000<br>☒ 200-999 |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  Corvias Campus Living - USG, LLC    Case number (if known)_____
     Name

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☑ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/25/2025
     MM / DD / YYYY

✘ /s/ Thelma Edgell    Thelma Edgell
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✘ /s/ Derek C. Abbott    Date  06/25/2025
Signature of attorney for debtor    MM / DD / YYYY

Derek C. Abbott
Printed name

Morris Nichols Arsht & Tunnell, LLP
Firm name

1201    North Market Street #1600
Number    Street

Wilmington    DE    19081
City    State    ZIP Code

(302) 658- 9200    dabbott@morrisnichols.com
Contact phone    Email address

3376    DE
Bar number    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CORVIAS CAMPUS LIVING - USG, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-(_____) (___) |

## **CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and rule 1007-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and debtor in possession hereby states as follows:

    1.    Debtor Corvias Campus Living – USG, LLC is a wholly owned subsidiary of non-debtor, Corvias, LLC.

| Fill in this information to identify the case: |
|---|
| Debtor name: Corvias Campus Living – USG, LLC |
| United States Bankruptcy Court for the: District of Delaware |
| Case number (if known): 25-_____ |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                    12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Bank National Association 1420 Fifth Avenue Seattle WA 98101 | Shipman & Goodwin LLP: Kimberly S. Cohen Tel: 860-251-5804 kcohen@goodwin.com | 5.3% Senior Secured Notes Due July 1, 2050 | ☐ C ☑ U ☐ D | $540,683,187.86 | Undetermined | Undetermined |
| 2 | Swerling Milton Winnick Public Insurance Adjusters, Inc. 36 Washington St Suite 310 Wellesley Hills MA 02481-1917 | Tel: 781-416-1000 Paul@swerling.com | Insurance | ☐ C ☐ U ☐ D | | | $1,330,230.00 |
| 3 | Full Circle Restoration & Construction S 4325 River Green Pkwy Duluth GA 30096 | Tel: 770-393-7230 uliana.radionov@cottonteam.com | Insurance and CR&R | ☐ C ☐ U ☐ D | | | $551,476.68 |
| 4 | Boldyn Networks Higher Ed LLC 1905 A Kramer Lane Austin TX 78758 | Tel: 678-644-7185 debra.eubanks@boldyn.com | Operating Expenses | ☐ C ☐ U ☐ D | | | $353,960.34 |
| 5 | Georgia State University Office of Legal Affairs 75 Piedmont Avenue Suite 100 Atlanta GA 30303 | Tel: 404-413-0500 sbrandenburg@gsu.edu | Operating Expenses | ☐ C ☐ U ☐ D | | | $330,118.39 |
| 6 | IPFS Corporation 1055 Broadway Kansas City MO 64105 | Tel: 855-891-2585 tammy.lewis@ipfs.com | Operating Expenses | ☐ C ☐ U ☐ D | | | $312,993.03 |

Debtor    **Corvias Campus Living – USG, LLC**                                                          Case number *(if known)* 25-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Sis & Associates, LLC., Magic Maid<br>110 High Garden Terrace<br>Newnan GA 30263 | Tel: 770-780-2185<br>sisj4060@yahoo.com | Operating Expenses | ☐ C<br>☐ U<br>☐ D | | | $292,162.25 |
| 8 | HD Supply Facilities Maintenance<br>PO Box 509058<br>San Diego CA 92150-9058 | Tel: 800-798-8888<br>fmeft@hdsupply.com | Operating Expenses | ☐ C<br>☐ U<br>☐ D | | | $88,168.30 |
| 9 | Caldwell & Gregory LLC<br>129 Broad St Rd<br>Manakin Sabot VA 23103 | Tel: 804-784-6100<br>ar@caldwellandgregory.com | Operating Expenses | ☐ C<br>☐ U<br>☐ D | | | $65,425.00 |
| 10 | City Of Atlanta<br>Department of Watershed Management<br>PO Box 105275<br>Atlanta GA 30348-5275 | Tel: 404-546-0311 | Operating Expenses | ☐ C<br>☐ U<br>☐ D | | | $57,963.38 |
| 11 | Jani-King of Augusta<br>621 NW Frontage Rd<br>Ste 105<br>Augusta GA 30907 | Tel: 706-790-5977<br>accounting@janikingofaugusta.com | Operating Expenses | ☐ C<br>☐ U<br>☐ D | | | $55,785.00 |
| 12 | I-Shine Cleaning Services LLC<br>5355 Watkins Road<br>Valdosta GA 31601 | Tel: 229-412-1487<br>ashleysmith5355@yahoo.com | Operating Expenses | ☐ C<br>☐ U<br>☐ D | | | $46,965.00 |
| 13 | University Of North Georgia<br>82 College Cir<br>Dahlonega GA 30597 | Elene Garrison, General Counsel<br>elene.garrison@ung.edu | Operating Expenses | ☐ C<br>☐ U<br>☐ D | | | $43,851.43 |
| 14 | A2A Energy International, LLC<br>3620 Harlem Rd., Suite 12<br>Buffalo NY 14215-2042 | Tel: 718-854-2135<br>ar@a2aenergy.com | Operating Expenses | ☐ C<br>☐ U<br>☐ D | | | $41,500.00 |
| 15 | Capital City Mechanical Services, Inc<br>4955 Avalon Ridge Pkwy<br>Ste 100<br>Norcross GA 30071 | Tel: 770-449-0200<br>accounting@ccmech.com | Operating Expenses and CR&R | ☐ C<br>☐ U<br>☐ D | | | $34,833.60 |
| 16 | Lillie's Professional Cleaning Service<br>3062 Damascus Road<br>Augusta GA 30909 | Tel: 706-339-6423<br>info@lilliesprocleaning.com | Operating Expenses | ☐ C<br>☐ U<br>☐ D | | | $34,775.00 |

Debtor **Corvias Campus Living – USG, LLC**                                                                                       Case number *(if known)* **25-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | EEC Environmental, Inc One City Blvd West Ste 1800 Orange CA 92868 | Tel: 714-667-2300 AR@eecenvironmental.com | Operating Expenses | ☐ C ☐ U ☐ D | | | $30,000.00 |
| 18 | Co-Operative Co. dba Roofman 194 Andrews Subdivision Lavonia GA 30553 | Tel: 678-615-2065 cooperative.company@gmail.com | Operating Expenses and CR&R | ☐ C ☐ U ☐ D | | | $29,037.83 |
| 19 | Amazon Capital Services, Inc PO Box 81207 Seattle WA 98108-1207 | Tel: 617-922-7396 ar-businessinvoicing@amazon.com | Operating Expenses | ☐ C ☐ U ☐ D | | | $28,167.18 |
| 20 | SCANA Energy Marketing, LLC PO Box 105046 Atlanta GA 30348 | Tel: 614-659-5083 accountsreceivable@igs.com | Operating Expenses | ☐ C ☐ U ☐ D | | | $24,285.14 |

## EXHIBIT A

**Written Consent**

# JOINT WRITTEN CONSENT OF
# MANAGING MEMBER AND INDEPENDENT MANAGER
# CORVIAS CAMPUS LIVING – USG, LLC

**June 25, 2025**

The undersigned, being the managing member and the independent managers (each a "Governing Body" and collectively, the "Governing Bodies") of Corvias Campus Living – USG, LLC, a Delaware limited liability company (the "Company"), hereby takes the following actions and adopts, approves, consents to the following resolutions by written consent pursuant to and in accordance with (a) the Company's Amended and Restated Operating Agreement dated as of May 13, 2015 (the "Operating Agreement") and (b) the Delaware Limited Liability Company Act.

**WHEREAS**, the Company has retained Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") as restructuring counsel to the Company, CohnReznick Advisory LLC ("CohnReznick") as financial advisor to the Company, and Holland & Knight LLP ("Holland & Knight") as special counsel to the Company;

**WHEREAS,** each Governing Body has duly considered presentations by the financial and legal advisors of the Company regarding the Company's assets, liabilities, liquidity situation, and prospects and the impact of the foregoing on the Company's business, operations and prospects;

**WHEREAS**, each Governing Body has had the opportunity to consult with the financial and legal advisors of the Company, duly consider the Company's alternatives available, including, without limitation, continuing the status quo, litigation under applicable non-bankruptcy law, and a restructuring under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (as amended, the "Bankruptcy Code"), and review the preparation materials provided by the financial and legal advisors;

**WHEREAS**, each Governing Body, the Company, and its advisors have for an extended period of time engaged or attempted to engage in good faith negotiations with the Board of Regents of the University System of Georgia (the "BOR") and an ad hoc group of holders of the Company's Senior Secured Notes to restructure the Company's lease arrangements with the BOR and the Senior Secured Notes with the Noteholders in an attempt to avoid a chapter 11 filing;

**WHEREAS**, the restructuring negotiations have not led to an agreement among the parties; and

**WHEREAS**, after due consideration, each Governing Body has determined that it is advisable and in the best interests of the Company, creditors, members, and other interested parties that the Company commence a case under Chapter 11 of Bankruptcy Code (the "Chapter 11 Case"), and the Governing Bodies have determined that they should do so promptly to ensure that the debtor in possession has time to reorganize the affairs of the Company.

NOW, THEREFORE, IT IS:

**Commencement and Prosecution of Chapter 11 Case**

**RESOLVED**, that in the business judgment of the Company, it is desirable and in the best interests of the Company (including considering its creditors and other parties in interest) that the Company shall be, and hereby is, authorized to file or cause to be filed a voluntary petition (the "Petition") for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and any other petition for relief or recognition or other order that may be desirable under applicable law; and it is further

**RESOLVED**, that any member, manager, officer, or director of the Company, or any other duly appointed officer or other person acting at the direction of the foregoing persons of the Company or with the requisite authority (each, a "Designated Person" collectively, the "Designated Persons"), acting alone or with one or more other Designated Persons be, and they hereby are, authorized, empowered, and directed to execute and file on behalf of the Company the Petition and any schedules, statements, lists, motions, chapter 11 plan, and other papers or documents, and to take any and all actions that they deem necessary, proper, or convenient to obtain relief under chapter 11 of the Bankruptcy Code, including any action necessary to maintain the ordinary course operation of the Company's business; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any Designated Person to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the ordinary course operations of the Company during the Chapter 11 Case, or any matter related thereto, in connection with the Company's ordinary course operations be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company as fully as if such actions had been presented to the Board for its prior approval; and it is further

**RESOLVED**, that all acts and deeds previously performed by any of the Designated Persons or members, managers, officers, or directors of the Company before the adoption of the foregoing recitals and resolutions that are within the authority conferred by the foregoing recitals and resolutions, are hereby ratified, confirmed, and approved in all respects as the authorized acts and deeds of the Company; and it is further

**Retention of Professionals**

**RESOLVED**, that the law firm of Morris Nichols be, and hereby is, authorized, directed, and empowered to represent the Company as its general bankruptcy counsel on the terms set forth in its engagement letter with the Company, which is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, without limitation, the preparation of and filing of the Petition and related forms, motions, objections, pleadings, schedules, lists, statements and all other papers or documents as may be appropriate or necessary; and in connection therewith, each Designated Person, acting alone or in any combination, has been and is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate

retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Morris Nichols; and it is further

**RESOLVED**, that the firm of Holland & Knight be, and hereby is, authorized, directed, and empowered to represent the Company as its special counsel on the terms set forth in its engagement letter with the Company, which is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, without limitation, advising the Company with respect to disputes or issues related to the Amended and Restated Master Concession Agreement for the Leasing and Development of Student Housing; and in connection therewith, each Designated Person, acting alone or in any combination, has been and is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Holland & Knight; and it is further

**RESOLVED**, that the firm of Donlin, Recano & Company, LLC ("Donlin") be, and hereby is, engaged to act as notice, claims and administrative agent and to provide other related services to the Company in the Chapter 11 Case; and in connection therewith, each Designated Person, acting alone or in any combination, has been and is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Donlin; and it is further

**RESOLVED**, that CohnReznick be, and hereby is, engaged to provide financial advisory services, including, among other things, to assist the Company in evaluating its business, financial prospects, liquidity, strategic alternatives, developing a business plan, budgeting, developing financial data for evaluation by each Governing Body, creditors, prospective transaction counterparties, or other third parties, in the case, as requested by any Governing Body or by management of the Company, evaluating the Company's capital structure, responding to issues related to the Company's financial liquidity, and assist in any additional financing, sale, reorganization, liquidation, business combination, or other similar disposition of the Company's assets and negotiations regarding same; and in connection therewith, each Designated Person, acting alone or in any combination, has been and is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of CohnReznick; and it is further

**RESOLVED**, that each of the Designated Persons be, and hereby is, authorized, empowered, and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Designated Persons, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary, proper, or convenient; and it is further

**General Resolutions**

  **RESOLVED**, that the Designated Persons be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Designated Person performing or executing the same shall approve, and the performance or execution thereof by the Designated Person shall be conclusive evidence of the approval thereof by the Designated Person and by the Company; and it is further

  **RESOLVED,** that each of the Designated Persons be, and hereby is, with the power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Designated Persons deem necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of such case; and it is further

  **RESOLVED**, that each Governing Body of the Company has received sufficient notice of the actions and transactions relating to the matters contemplated by any of the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notices; and it is further

  **RESOLVED**, that facsimile, photostatic, or other electronic copies of signatures to this Joint Written Consent in Lieu of a Meeting of the Governing Bodies shall be deemed to be originals and may be relied on to the same extent as the originals.

  This Joint Written Consent of Managing Member and Independent Manager of Corvias Campus Living – USG, LLC may be executed in counterparts, each of which shall be deemed to be an original and all of which, when taken together, shall constitute one and the same Joint Written Consent in Lieu of a Meeting of the Governing Bodies. This Joint Written Consent in Lieu of a Meeting of the Governing Bodies may be executed and delivered via electronic mail (including pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000, e.g., www.docusign.com) or other transmission method (including an email which states "I consent") and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

IN WITNESS WHEREOF, the undersigned has executed this Joint Written Consent in Lieu of a Meeting of the Governing Bodies as of the date first written above.

**MANAGING MEMBER**:

CORVIAS, LLC

By: /s/ *William E. Culton Jr.*
Name: William E. Culton, Jr.
Title: Secretary

**INDEPENDENT MANAGER OF**
**CORVIAS CAMPUS LIVING – USG, LLC**

By: /s/ *Steven P. Zimmer*
Name: Steven P. Zimmer, solely with respect to the first resolution
Title: Independent Manager

**INDEPENDENT MANAGER OF**
**CORVIAS CAMPUS LIVING – USG, LLC**

By: /s/ *Stephen S. Gray*
Name: Stephen S. Gray
Title: Independent Manager

**Fill in this information to identify the case and this filing:**

Debtor Name: Corvias Campus Living - USG, LLC

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/25/2025
MM / DD / YYYY

✗ /s/ Thelma Edgell
Signature of individual signing on behalf of debtor

Thelma Edgell
Printed name

President
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**